# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

WARREN HAMBLIN,

    Plaintiff,

  vs.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.

Case No. 1:15-cv-00624-TSB

JUDGE TIMOTHY S. BLACK

STIPULATION TO DISMISS

Now come the Plaintiff, WARREN HAMBLIN, and the Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

| | |
|---|---|
| */s/ Mitchel E. Luxenburg* | /s/ John P. Langenderfer (per written authority) |
| Mitchel E. Luxenburg (0071239) | John P. Langenderfer (#0079094) |
| The Law Firm of Mitch Luxenburg | Surdyk, Dowd & Turner Co., L.P.A. |
| P.O. Box 22282 | 8163 Old Yankee St., Suite C |
| Beachwood, OH 44122 | Dayton, Ohio 45458 |
| Tel. (216) 452-9301 | Tel. (937) 222-2333 |
| Fax (866) 551-7791 | Fax (937) 222-1970 |
| mitch@mluxlaw.com | jlangenderfer@sdtlawyers.com |
| Attorney for Plaintiff | *Attorneys for Defendant Diversified Adjustment, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (0071239)